UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:25-cv-61078-WPD

JOSHUA SANDERS,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and HUNTER WARFIELD, INC.,

    Defendants.

## ORDER TO SHOW CAUSE

On June 3, 2025, this Court entered its initial Order, which required the parties to submit appropriate dismissal papers within ten (10) calendar days of notifying the Court that the case has settled. *See* [DE 6]. On June 19, 2025, a Notice of Settlement with Regards to Defendant Trans Union LLC, Only was filed. *See* [DE 10]. However, as of the date of this Order, a stipulation, notice, or motion for dismissal has not been filed with the Court.

Accordingly, it is **ORDERED AND ADJUDGED** that no later than **July 8, 2025**, Plaintiff and Defendant Trans Union LLC shall either file appropriate dismissal documents or show cause why they have not been filed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of July, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record